**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 85 WAL 2022

Respondent

:   Petition for Allowance of Appeal
:   from the Order of the Superior Court

v.

ROBERT DANIEL MARTIN,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.